JOHN W. EVANS ET AL., RESPONDENTS, v. CITY OF PATERSON, APPELLANT.

Submitted December 9, 1918—Decided February 6, 1919.

On appeal from the Supreme Court, whose opinion is reported in 91 *N. J. L.* 133.

For the respondents, *John O. Benson* and *John W. Evans.*

For the appellant, *Francis Scott.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Black in the Supreme Court.

*For affirmance* — THE CHANCELLOR, CHIEF JUSTICE, SWAYZE, TRENCHARD, PARKER, MINTURN, KALISCH, WHITE, HEPPENHEIMER, WILLIAMS, JJ. 10.

*For reversal*—None.